IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN CHRISTOPHER WILLIAMS,<br><br>Defendant. | CR 19-74-BLG-SPW<br><br>NOTICE RE MOTION TO SUPPRESS AND REQUEST FOR FRANKS HEARING |

The Court provides this notice in anticipation of the hearing on Defendant's Motion to Suppress and Request for Franks Hearing (Doc. 20), set for Friday, July 24, 2020 at 1:00 p.m. in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

In the interest of preserving judicial resources, the Court asks the parties to restrict their arguments and presentation of evidence to the issues raised in Defendant's request for a Franks Hearing only. Further argument on Defendant's suppression motion based on lack of probable cause in the search warrant affidavit is unnecessary because the Court's review of the matter is limited to the four corners of the document itself. *Crow v. County of San Diego*, 608 F.3d 406, 434 (9th Cir. 2010). As the subject affidavit has already been submitted to the record and the issue briefed by both parties, further argument would prove redundant.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 22nd day of July, 2020.

SUSAN P. WATTERS
United States District Judge