FILED

SEP 0 8 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALAN CHRISTOPHER WILLIAMS, <br><br> Defendant. | Case No. CR 19-74-BLG-SPW <br><br> **ORDER** |

Due to the recent COVID-19 outbreak at the Yellowstone County Detention Facility,

**IT IS HEREBY ORDERED** that the Suppression Hearing presently set for Friday, September 18, 2020 at 1:00 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant's Suppression Hearing shall be **RESET VIA VIDEO from the Crossroads Correctional Facility (Shelby, MT)** on **Friday, September 18, 2020 at 9:00 a.m.**  Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via

1

video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 8th day of September, 2020.

／s／ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE