IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN CHRISTOPHER WILLIAMS,<br><br>Defendant. | CR 19-74-BLG-SPW<br><br><br>ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 54). For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

The Court is directed to notify counsel of the making of this Order.

DATED this 1st day of April, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1